AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# United States District Court
## Eastern District of Pennsylvania

In the Matter of the Seizure of

ANY AND ALL CRYPTOCURRENCY IN POLONIEX, INC. VIRTUAL CURRENCY TRADING ACCOUNT #10168511

: **WARRANT TO SEIZE PROPERTY SUBJECT**
: **TO FORFEITURE**
:
: Case No. 18-MJ- **1829-2**
:

To: Any authorized law enforcement officer.

An application by a federal law enforcement officer requests that certain property located in the District of Delaware be seized as being subject to forfeiture to the United States of America. The property is described as follows:

> 1. Any and all cryptocurrency in Poloniex, Inc. Virtual Currency Trading Account #10168511 including but not limited to 14.61 Bitcoin, 14.61 Bitcoin Cash, and 641.80 Monero.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before <u>Nov. 23, 2018</u>.
(*Not to exceed 14 days*)

x☐ in the daytime – 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (*check the appropriate box*)   ☐ for _____ days (*not to exceed 30*).

☐ until, the facts justifying, the later specific date of _____.

_____
Applicant's Signature

Special Agent Geoffrey Gordon
Printed Name and Title

Sworn to before me and signed in my presence.

**11·9·18   3'p.m**
Date and Time Issued

_____
Judge's Signature

**Phila PA**
City and State

Hon. Timothy R. Rice, U.S. Magistrate Judge
Printed Name and Title

AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture (Page 2)

## RETURN

| Case No.: 18-MJ-1829-2 | Date and time warrant executed: 11/9/18 1643 | Copy of warrant and inventory left with: SERVED USA EMAIL ON POLONIEX |
|---|---|---|

Inventory made in the presence of:

SA MARK GILLAND

Inventory of the property taken:

1.) 22.89799376 BITCOIN
2.) 14.61335556 BITCOIN CASH

Nothing Forward 11/9/18

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

11/9/18
Date

[signature]
Executing Officer's Signature

GEOFFREY GORDON, HSI SA
Printed name and Title